**Order entered May 30, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00260-CR

**GARY DON JENNINGS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F10-71278-K**

## ORDER

The Court **GRANTS** appellant's May 28, 2014 motion to extend time to file his brief. We **ORDER** the appellant's brief received on May 28, 2014 filed as of the date of this order.

We **GRANT** appellant's May 28, 2014 motion to supplement the record. We **ORDER** the Dallas County District Clerk to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing copies of each executed capias contained in the District Clerk's file in this case.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Gary Fitzsimmons, Dallas County District Clerk, and to counsel for all parties.

/s/  LANA MYERS
    JUSTICE